[Civ. No. 7636. First Appellate District, Division Two.—December 24, 1930.]

NATHAN H. ELLIOTT, Plaintiff and Respondent, v. NORMANDIE CORPORATION (a Corporation), Defendant and Respondent; A. R. WALKER et al., Appellants.

Sparling & Teel for Appellant.

J. K. Tuttle and William A. White for Plaintiff and Respondent.

No appearance for Defendant and Respondent.

THE COURT.— The questions involved in this appeal are identical to those considered in *Merrill* v. *Normandie Corp., ante,* p. 621 [294 Pac. 774], this day decided, and for the reasons there given the judgment is affirmed.